IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE SALAZAR ROBLES, | 1:09-cv-01279-AWI-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| vs. | (Doc. 12.) |
| MANAGEMENT & TRAINING CORPORATION, et al., | ORDER DENYING PLAINTIFF'S MOTION FOR REMAND |
| Defendants. | (Doc. 8.) |

Jorge Salazar Robles ("Plaintiff") is a federal prisoner proceeding pro se in this civil rights action, filed pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On February 9, 2010, Findings and Recommendations were entered, recommending that Plaintiff's motion for remand be denied. On February 19, 2010, Plaintiff filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the Findings and Recommendations to be supported by the record and proper analysis. In the objections, Plaintiff contends that this action contains no causes of action based on

1

the Federal Constitution; Rather, Plaintiff contends that this action only contains claims based on the California Constitution.   Plaintiff's complaint and objections are inconsistent.   At this time, the court will not remand the action.   However, Plaintiff is given leave to file an amended complaint that contains only alleged violations of California tort law and the California Constitution, along with another motion to remand.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on February 9, 2010, are ADOPTED in full;

2. Plaintiff's motion for remand, filed on August 3, 2009, is DENIED without prejudice; and

3. Plaintiff is given leave to amend the complaint to delete any references to violations of the Federal Constitution.

IT IS SO ORDERED.

**Dated:   March 19, 2010**              /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE

2