# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE SALAZAR ROBLES, | 1:09-cv-01279-AWI-GBC PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | (Doc. 23) |
| MANAGEMENT & TRAINING CORPORATION, et al., | ORDER DENYING PLAINTIFF'S RENEWED MOTION FOR REMAND |
| Defendants. | (Doc. 17) |

## I. Procedural History

Jorge Salazar Robles ("Plaintiff") is a federal prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. The Court issued an order denying Plaintiff's request for remand, and he filed an amended complaint and renewed motion to remand on March 31, 2010. (Docs. 16, 17.)

On October 6, 2010, findings and recommendations were issued recommending that Plaintiff's renewed motion for remand be denied, granting Plaintiff thirty days to file an objection. (Doc. 23.) Plaintiff did not file an objection to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

1  At this time, the Court will not remand the action.

2      Accordingly, the Court HEREBY ORDERS that:

3      1.    The findings and recommendations issued by the Magistrate Judge on October 6, 2010, are ADOPTED in full; and

5      2.    Plaintiff's renewed motion to remand, filed March 31, 2010, is DENIED without prejudice.

7  IT IS SO ORDERED.

8  Dated:   December 2, 2010

                                    CHIEF UNITED STATES DISTRICT JUDGE